UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COWELL NEMOY BROWN,

    Petitioner,

v.                              CASE NO. 6:06-cv-140-Orl-19KRS

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motions:

1. Petitioner's Motion to Amend/Correct (Doc. No. 15, filed March 31, 2006) is **GRANTED** in that this case will proceed as to Petitioner's second amended habeas petition (Doc. No. 11) and accompanying memorandum of law (Doc. No. 12).

2. Petitioner's Motion for Reconsideration (Doc. No. 16, filed April 10, 2006) is **DENIED**. Petitioner shall have twenty days from the date of this Order to comply with paragraph one of the Court's Order of March 27, 2006 (Doc. No. 14). The failure to do so will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 18th day of April, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 4/18
Cowell Nemoy Brown