UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COWELL NEMOY BROWN,

    Petitioner,

v.                                      CASE NO. 6:06-cv-140-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion Requesting Schedule of Filing Objections (Doc. No. 31, filed September 6, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**. Petitioner seeks a schedule for filing objections and responding to objections regarding a final report by the magistrate judge. Since no such report has been issued, such a motion is premature. Furthermore, the time for filing objections to a magistrate judge's report and recommendation in a habeas case is established by 28 U.S.C. § 636 and the Local Rules of this Court.

**DONE AND ORDERED** at Orlando, Florida this  22nd   day of September, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/22
Cowell Nemoy Brown
Counsel of Record