UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COWELL NEMOY BROWN

    Petitioner,

v.                                                    CASE NO. 6:06-cv-140-Orl-19KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondents

## **ORDER**

This case is before the Court on the following matters:

1.    Petitioner's Motion for Extension of Time (Doc. No. 45, filed July 2, 2007) is **GRANTED**. Petitioner shall have **THIRTY (30) DAYS** from the date of this Order to file a request for a certificate of appealability as set forth in the May 25, 2007, Order (Doc. No. 40).

2.    Petitioner's Motion Requesting Another Copy of this Court's Order Denying Writ of Habeas Corpus (Doc. No. 46, filed July 2, 2007) is **GRANTED**. *The Clerk of the Court shall mail Petitioner a copy of document numbers 37 and 38, along with a copy of this Order.*

3.    Petitioner's Motion for Reproduction of Court File (Doc. No. 47, filed July 2, 2007) and Motion for Extension of Time (Doc. No. 44, filed June 27, 2007) are **DENIED**. These motions reference a June 1, 2007, Order requesting payment of the appeal fee; however, this Court did not enter an Order on June 1, 2007, and has not ordered the filing of any documents regarding the payment of an appeal fee. It is possible that the Order was entered by the appellate court and relief should be sought from that court. *The Clerk of the Court shall send Petitioner a copy of the affidavit of indigency for an appeal.*

4. Petitioner's Application for Certificate of Appealability (Doc. No. 43) is **DENIED** as improperly filed. The Clerk of the Court inferred the application from the notice of appeal, but Petitioner was specifically granted a period of time, which has been extended by paragraph one of this Order, to file a separate certificate of appealability. *See* Doc. No. 40.

**DONE AND ORDERED** at Orlando, Florida, this  9th   day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 7/9
Counsel of Record
Cowell Nemoy Brown
Eleventh Circuit Court of Appeals